# United States Court of Appeals

## For the First Circuit

No. 17-2210

DANARAE CONLOGUE, as personal representative
of the Estate of LEWIS N. CONLOGUE

Plaintiff, Appellant,

v.

SCOTT HAMILTON,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on October 11, 2018, is amended as follows:

On page 16, line 2, replace the word "diffuse" with "defuse."